UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Civil Action No. 20-428

**MICHAEL TODD HILTON,**  **PETITIONER,**

**v.**  **ORDER**

**DANIEL AKERS,**  **RESPONDENT.**

This is matter is before the Court upon Michael Todd Hilton's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [Docket No. 1]. The matter was referred to Magistrate Judge Matthew A. Stinnett.

Magistrate Judge Stinnett found that the Western District of Kentucky is the most appropriate forum for this civil action and recommends that this matter be transferred. [Docket No. 8].

Petitioner has not filed objections to the Report and Recommendation, and the time for doing so has passed.

After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS HEREBY ORDERED:**

(1) the Magistrate Judge's Report and Recommendation [Docket No. 8] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion;

(2) that this matter be **TRANSFERRED** to the Louisville Division of the United States District Court for the Western District of Kentucky; and

(3)     this matter be stricken from the docket of this Court.

This 16th day of November 2020.

Signed By:
*Henry R Wilhoit Jr.*
United States District Judge